IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEC UNLIMITED, INC. and DEC PARTNERS, LTD., <br><br>  Plaintiff, <br><br> v. <br><br> SEND OUT CARDS, LLC and KODY BATEMAN, <br><br>  Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:16-mc-935-DN <br><br> District Judge David Nuffer |

The Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse[1] recommends that this matter be dismissed for lack of subject matter jurisdiction.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation is ADOPTED.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and the case is DISMISSED for lack of subject matter jurisdiction. The clerk is directed to close this case.

Signed October 11, 2016.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Report and Recommendation, docket no. 11, filed September 19, 2016.